CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) DERRICK LEE HOLLOMAN                      :
_____           :
**Full Name of Plaintiff    Inmate Number**    :
                                              :    Civil No. 3:21-CV-1943
                v.                            :    (to be filled in by the Clerk's Office)
                                              :
ELLEN MACE-LEIBSON                            :
_____           :    (  ) Demand for Jury Trial
**Name of Defendant 1**                        :    (✓) No Jury Trial Demand
                                              :
                                              :
_____           :
**Name of Defendant 2**                        :
                                              :
                                              :
_____           :
**Name of Defendant 3**                        :
                                              :                **FILED**
                                              :              **SCRANTON**
_____           :
**Name of Defendant 4**                        :              NOV 1 6 2021
                                              :
                                              :    Per_____
_____           :        DEPUTY CLERK
**Name of Defendant 5**                        :
(Print the names of all defendants. If the names of all    :
 defendants do not fit in this space, you may attach        :
additional pages. Do not include addresses in this         :
section).                                     :

I.      **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

____    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

____    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
        (1971) (federal defendants)

✓      Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
        United States

II.    ADDRESSES AND INFORMATION

A.    PLAINTIFF

Holloman Derrick L

Name (Last, First, MI)

24429-057

Inmate Number

Federal Correctional Inst. Schuylkill

Place of Confinement

P.O. Box #759

Address

Minersville, Schuylkill County PA 17954

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

✓    Convicted and sentenced federal prisoner

B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Mace-Leibson Ellen

Name (Last, First)

Clinical Director - Regional Medical Advisor

Current Job Title

P.O. Box #759

Current Work Address

Minersville, Schuylkill County PA 17954

City, County, State, Zip Code

Defendant 2:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 5:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

Federal Correctional Institution, Unit 3-B, Cell #212, 20:15 A.M.

B.   On what date did the events giving rise to your claim(s) occur?

November 14th 2019

C.   What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

I arrived here at F.C.I. Schuylkill on the date of 2-17-2015. On the date of 2-18-2015 Clinical Director Ellen Mace-Leibson placed my life in grave danger by totally disregarding allergy test results that had been conducted by licensed allergy specialist Anjum Rana, MD at the Mercer Asthma, Allergy and Immunology Center on the date of February 4th 2015. On the date of 2-8-15 Clinical Director Ellen Mace-Leibson created her own test results. Instead of sending the copies of my test Results to Food Services in its entirety, she sent a diet order containing only (7) food items out of the (18) foods that I was found to be allergic to. By doing this not only did she place my life in danger by allowing the Food service department to give me foods that im allergic to, but this action violated several policies and constitutional rights. And on the date of Nov. 14th 2019 this negligence nearly cost me my life. My allergy test result should not have been altered in any way.

iv  Legal Claim(s)

the No-flesh option or the heart-healthy option, if appropriate.
    Only the individuals with allergies to wheat, egg, milk, or fruits will have specific menu substitutions made for them, since these items are offered so often on the menu that avoiding them creates a Nutritional Risk.
    Anyone that looks at my actual allergy test results and the B.O.P National menu will instantly see that every single day some food is served that im allergic to and this includes the No-flesh as well as the heart healthy option. Every day im given the option of trying to eat something that im allergic to or Not eat at all. Per policy I should have Never been placed on a self select diet... ever.

2. See: U.S. DOJ FBOP Program Statement
        OPI OGC/ELE Number 3420.11 Date 12-6-2013
     Subject: Standards Of Employee Conduct Program Statement

    #15 Endangering the safety of or causing injury to staff, inmates, or others through carelessness or failure to follow instructions.

    #16 Giving an inmate an order that could be hazardous to health and safety.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

On the date of November 14th 2019 medical Records will show that I was also on a self select diet. I am an inmate with multiple food allergies, and an Epinephrine Injection, USP Auto-Injector 0.3mg that I have to keep on myself at all times for the Rest of my life. Placing me on a self select diet is in violation of several different B.O.P. policies, and inmate Rights.

1. See: Federal Bureau of Prisons Clinical Practice Guidelines Management of Food Allergies September 2012 Page #21 - (If an item, even an entree, is on the National Menu only once or twice in any given week, you may decline the item or self-select

Continued →

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

On the date of 11-14-2019 I had to be hospitalized placed in a medically induced coma on a ventilator for almost a week.

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I seek monetary relief for personal injury, physical pain, mental anguish, fright and shock, and embarrassment, humiliation and mortification.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

November 3, 2021
_____
Date

Derrick L. Holloman #24429-057
Federal Correction Institution - Schuylkill
P.O. Box #759
Minersville, PA 17954

HARRISBURG P&DC

FRI 12 NOV 2021

FOREVER / USA

RECEIVED
SCRANTON

NOV 16 2021

PER _____
DEPUTY CLERK



Legal
Mail

United States District Court
Middle District Of Pennsylvania
William J. Nealon Federal Bldg. & US Courthouse
235 North Washington Avenue
P.O. Box #1148
Scranton, PA 1 501-1148