UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**DERRICK L. HOLLOMAN,**          :

      Plaintiffs          :          CIVIL ACTION NO. 3:21-1943

    v.          :          (JUDGE MANNION)

**UNITED STATES,**          :

      Defendant          :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion to revoke Plaintiff's *in forma pauperis* status (Doc. 19) is **GRANTED**.

2. The Court's Order dated December 9, 2021, granting Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 7) is **VACATED**.

3. Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED.** The Clerk of Court is to cease the withdrawal of any funds from Plaintiff's inmate account. If any monies have been withdrawn in payment toward the filing fee in said action, they are to be refunded to the Plaintiff.

4. The above captioned action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff refiling it by paying the full statutory and administrative filing fees, totaling $402.00.

5. The Clerk of Court is directed to **CLOSE** this case.

6. Plaintiff's motion for preliminary injunction (Doc. 16) is **DENIED**.

7. Defendant's motion to stay proceedings in the above captioned action pending resolution of its motion to revoke *in forma pauperis* status (Doc. 22) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 13, 2022**
21-1943-01-ORDER